IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
SEP 26 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| EVERLIGHT ELECTRONICS CO., LTD., <br> Plaintiff, <br><br> v. <br><br> WALMART INC., <br> Defendant. | § § § § § § § § § § § Cause No. WA-23-CV-439-AM/DTG |

## ORDER

The parties in the above-styled cause filed a Mutual Stipulation of Dismissal [ECF No. 51] which complies with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Upon review of the record and having been fully apprised in all its premises, the Court is of the opinion that the stipulation of dismissal should be **GRANTED**.

IT IS THEREFORE **ORDERED** that all claims in the above-entitled cause are **DISMISSED** in the manner set forth within the Mutual Stipulation of Dismissal. (ECF No. 51.) Claims and defenses asserted against Walmart Inc. by Everlight Electronics Co., Ltd. are **DISMISSED WITH PREJUDICE**. Cross-claims and defenses asserted by Walmart in this action are **DISMISSED WITHOUT PREJUDICE**.

IT IS **FURTHER ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party.

IT IS **FURTHER ORDERED** that all pending motions in the instant cause shall be

FILED

SEP 26 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

terminated, and the Clerk of Court shall issue a clerk's judgment and administratively close this cause of action.

SIGNED and ENTERED on this 26th day of September 2025.

_____
ALIA MOSES
Chief United States District Judge